# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 17-11697 | | Trustee Name: | David Leibowitz |
| Case Name: | ARTHUR B. ADLER AND ASSOCIATES, LTD | | Date Filed (f) or Converted (c): | 04/13/2017 (f) |
| For the Period Ending: | 06/30/2017 | | §341(a) Meeting Date: | 05/12/2017 |
| | | | Claims Bar Date: | 08/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank 1 Bank One Plaza Chicago, IL Client trust account #1 IOLTA | $0.00 | $0.00 | | $0.00 | $0.00 |
| 2 | JPMorgan Chase Bank 1 Bank One Plaza Chicago IL 60670 Unifund IOLTA Trust Account 7880 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 3 | JPMorgan Chase Bank 1 Bank One Plaza Chicago IL Collect America Court Cost Trust IOLTA 7141 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 4 | JPMorgan Chase Bank 1 Bank One Plaza Chicago IL Mercedes-Benz Trust Account 6574 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 5 | JPMorgan Chase Bank 1 Bank One Plaza Chicago, IL Client Fund Account #2 IOLTA 4944 | $28,019.93 | $28,019.93 | | $0.00 | $28,019.93 |
| 6 | JPMorgan Chase Bank 1 Bank One Plaza Chicago, IL Arthur B. Adler Expense Account 3931 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 7 | JPMorgan Chase Bank 1 Bank One Plaza Chicago, IL TDM Capital One Trust Account 6799 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 8 | JPMorgan Chase Bank 1 Bank One Plaza Chicago, IL Cavalry Portfolio Services IOLTA 2083 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 9 | JPMorgan Chase Bank 1 Bank One Plaza Chicago, IL Client Fund Account | $0.00 | $0.00 | | $0.00 | $0.00 |
| 10 | Accounts receivable face amount 217,525.88 doubtful or uncollectible accounts 0.00 | $217,525.88 | $217,525.88 | | $0.00 | $217,525.88 |
| 11 | Illinois Unclaimed Funds (claim 6540662)   (u) | $0.00 | $5,217.15 | | $0.00 | $5,217.15 |

**TOTALS (Excluding unknown value)**                                                                                                                                                   **Gross Value of Remaining Asset**

| | $245,545.81 | $250,762.96 | | $0.00 | $250,762.96 |

FORM 2, Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-11697 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ARTHUR B. ADLER AND ASSOCIATES, LTD | Date Filed (f) or Converted (c): | 04/13/2017 (f) |
| For the Period Ending: | 06/30/2017 | §341(a) Meeting Date: | 05/12/2017 |
| | | Claims Bar Date: | 08/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

06/30/2017  2017 Reporting Period:
Based on Debtor's principal's 341 testimony, the Trustee learned the principal continued to receive a salary in excess of $20,000 per month while his firm was insolvent. The Trustee subpoenaed significant documentation, including bank statements, personal and business tax returns, etc., which he is now reviewing to determine how best to proceed with administration of the estate.

Initial Projected Date Of Final Report (TFR):  05/10/2018   Current Projected Date Of Final Report (TFR):   /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ