UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Arthur B. Adler and Associates, Ltd.,<br><br><br><br>Debtor(s) | BK No.: 17-11697<br><br>Chapter: 7<br>Honorable Jack Schmetterer |

## ORDER AUTHORIZING AND DIRECTING PAYCHEX, INC. TO RECOGNIZE BANKRUPTCY TRUSTEE AS PLAN ADMINISTRATOR

This matter coming to be heard on the motion of David P. Leibowitz ("Trustee"), as chapter 7 trustee of the estate of Arthur B. Adler and Associates, Ltd. ("Debtor"), for entry of an order authorizing and directing Paychex, Inc. to recognize the Trustee as the plan administrator of Debtor's 401(k) plan; due and proper notice having been given; and it appearing to the Court that cause exists for entry of this order and that entry of this order is in the best interests of the estate and will further the orderly administration of this case, and the Court being otherwise fully advised in the premises;
IT IS HEREBY ORDERED that:
(1) The motion is granted as provided herein;
(2) Paychex, Inc. is authorized and directed to recognize David P. Leibowitz, the chapter 7 trustee of this estate, as the plan administrator of Debtor's 401(k) plan, so that he can fulfill his obligations under §704(a)(11) of the Bankruptcy Code.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: December 15, 2017

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
847.249.9100