UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-11697 |
| Arthur B. Adler and Associates, Ltd., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING TRUSTEE'S ROUTINE MOTION FOR RULE 2004 EXAMINATION OF SUNTRUST BANK FOR DOCUMENTS RELATING TO CASHIER'S CHECK

This matter coming on to be heard on the routine motion (the "Motion") of the Chapter 7 trustee, David P. Leibowitz (the "Trustee"), for an order authorizing the issuance of a subpoena duces tecum to Suntrust Bank, pursuant to Bankruptcy Rule 2004; due and proper notice having been given; and for good cause shown and for the reasons stated on the record:

IT IS HEREBY ORDERED that:

(a) The Motion is granted as set forth herein;

(b) The Trustee is authorized to issue and serve a subpoena duces tecum on Suntrust Bank, pursuant to Bankruptcy Rule 2004, seeking production of all records, whether in paper or electronic form, in any way relating to the Suntrust Cashier's Check (as that term is defined in the Motion) and/or the source of the funds used to purchase it.

Enter:  *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: December 28, 2017

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
847.249.9100