UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Arthur B. Adler and Associates, Ltd.,<br><br>Debtor(s) | BK No.: 17-11697<br><br>Chapter: 7<br><br>Honorable Jack B. Schmetterer |

## ORDER GRANTING MOTION FOR AUTHORITY TO DISBURSE FUNDS TO MESSERLI & KRAMER P.A. AND TO THE ACCOUNTS RETRIEVABLE SYSTEM, INC.

This matter coming to be heard on the motion of David P. Leibowitz ("Trustee"), as chapter 7 trustee of the estate of Arthur B. Adler and Associates, Ltd. ("Debtor"), for authority to disburse certain funds to Messerli & Kramer P.A. ("M&K") and to The Accounts Retrievable System, Inc. ("TARS"); due and proper notice having been given; and it appearing to the Court that cause exists for entry of this order and that entry of this order is in the best interests of the estate and will further the orderly administration of this case, and the Court being otherwise fully advised in the premises;
IT IS HEREBY ORDERED that:
(1) The motion is granted as provided herein;
(2) The Trustee is authorized to disburse to TARS the sum of $1,050.00 currently on deposit in the IOLTA account established for TARS' funds (the "TARS IOLTA Account") and to deposit the sum of $350.00, representing the balance of funds currently on deposit in the TARS IOLTA Account to the estate's general funds account;
(3) The Trustee is authorized to disburse to TARS, without further order of Court, 75% of any and all additional amounts currently on deposit in the commingled IOLTA account established by the Trustee corresponding to Debtor's "Client's Trust Fund Account #2" (the "Commingled IOLTA Account") which are hereafter identified, through the Trustee's ongoing investigation, as funds belonging to TARS and to deposit 25% of such funds to the estate's general funds account; and
(4) The Trustee is authorized to disburse to TARS, without further order of Court, 75% of any and all funds hereafter received by the Trustee that are identified as funds belonging to TARS and to deposit 25% of such funds to the estate's general funds account, *provided that an order of [illegible] sg*
(5) The Trustee is authorized to disburse to M&K the sum of $5,040.50 currently on deposit in the IOLTA account established for M&K's funds (the "M&K IOLTA Account") and to deposit the sum of $1,260.13, representing the balance of funds currently on deposit in the M&K IOLTA Account to the estate's general funds account;
(6) The Trustee is authorized to disburse to M&K, without further order of Court, 80% of any and all additional amounts currently on deposit in the Commingled IOLTA Account which are hereafter identified, through the Trustee's ongoing investigation, as funds belonging to M&K and to deposit 20% of such funds to the estate's general funds account; and
(7) The Trustee is authorized to disburse to M&K, without further order of Court, 80% of any and all funds hereafter received by the Trustee that are identified as funds belonging to M&K and to deposit 20% of such funds to the estate's general funds account.

*will be sought before the case closes*

Rev: 20170105_bko

Dated: 1/5/18

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
312.360.1501

Rev: 20170105_bko