UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-11697 |
| Arthur B. Adler and Associates, Ltd. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF JPMORGAN CHASE BANK, N.A., AND SUNTRUST BANK AS TO RECORDS OF ARTHUR B. ADLER AND JACQUELINE ADLER

This matter coming on to be heard on the motion (the "Motion") of the Chapter 7 trustee, David P. Leibowitz (the "Trustee"), for an order authorizing the issuance of subpoenas duces tecum to JPMorgan Chase Bank, N.A., and Suntrust Bank, pursuant to Bankruptcy Rule 2004; due and proper notice having been given; and for good cause shown and for the reasons stated on the record:

IT IS HEREBY ORDERED that:

(a) The Motion is granted as set forth herein;

(b) The Trustee is authorized to issue and serve a subpoena duces tecum on JPMorgan Chase Bank, N.A., pursuant to Bankruptcy Rule 2004, seeking production of all records, whether in paper or electronic form, on or in any way relating to accounts held by Arthur B. Adler and/or Jacquelyn Adler, whether joint or individual, at JPMorgan Chase Bank, N.A., including, but without limitation: all deposit slips, all checks and other items deposited, all canceled checks, all statements, any and all other documents evidencing withdrawals or deposits, all correspondence, and any and all additional documents relating in any way to said accounts and/or the activity therein during the two years immediately preceding the Petition Date and through the date of the subpoena;

(c) The Trustee is authorized to issue and serve a subpoena duces tecum SunTrust Bank, pursuant to Bankruptcy Rule 2004, seeking production of all records, whether in paper or electronic form, on or in any way relating to accounts held by Arthur B. Adler and/or Jacquelyn Adler, whether joint or individual, at JPMorgan Chase Bank, N.A., including, but without limitation: all deposit slips, all checks and other items deposited, all canceled checks, all statements, any and all other documents evidencing withdrawals or deposits, all correspondence, and any and all additional documents relating in any way to said accounts and/or the activity therein during the two years immediately preceding the Petition Date and through the date of the subpoena.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: January 23, 2018

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
847.249.9100