UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 17-11697
Arthur B. Adler and Associates, Ltd.  )
)   Chapter: 7
)   Honorable Jack Schmetterer
)
)
Debtor(s)  )

**ORDER GRANTING MOTION FOR AUTHORITY TO
DISBURSE FUNDS TO BANCO POPULAR NORTH AMERICA**

This matter coming to be heard on the motion of David P. Leibowitz ("Trustee"), as chapter 7 trustee of the estate of Arthur B. Adler and Associates, Ltd. ("Debtor"), for authority to disburse certain funds to Banco Popular North America ("Banco"); due and proper notice having been given; and it appearing to the Court that cause exists for entry of this order and that entry of this order is in the best interests of the estate and will further the orderly administration of this case, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that:

(1) The motion is granted as provided herein;

(2) The Trustee is authorized to disburse to Banco the sum of $61,227.41, currently on deposit in the IOLTA account established for Banco's funds (the "Banco IOLTA Account"), and to deposit the sum of $20,409.14, representing the balance of funds currently on deposit in the Banco IOLTA Account, to the estate's general funds account;

(3) The Trustee is authorized to disburse to Banco, without further order of Court, 75% of any and all additional amounts currently on deposit in the commingled IOLTA account established by the Trustee corresponding to Debtor's "Client's Trust Fund Account #2" (the "Commingled IOLTA Account") which are hereafter identified, through the Trustee's ongoing investigation, as funds belonging to Banco and to deposit 25% of such funds to the estate's general funds account; and

(4) The Trustee is authorized to disburse to Banco, without further order of Court, 75% of any and all funds hereafter received by the Trustee that are identified as funds belonging to Banco and to deposit 25% of such funds to the estate's general funds account; provided that an order approving same will be sought before the case closes.

Enter:   /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: January 25, 2018

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
847.249.9100