# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| **Arthur B. Adler and Associates, Ltd.,** ) | **Case No. 17 B 11697** |
| ) | |
| Debtor. ) | Hon. Jack B. Schmetterer |
| ) | Bankruptcy Judge |
| ) | |

## TRUSTEE'S WITNESS LIST FOR HEARING ON DAMAGES

David P. Leibowitz, Trustee (the "Trustee") for the estate of Arthur B. Adler and Associates, Ltd. ("Debtor"), hereby files his witness list for the hearing commencing on November 19, 2018, at 1:30 p.m., pursuant to this Court's Final Pretrial Order entered on September 5, 2018 [dkt #163]:

### WITNESSES THAT WILL BE CALLED:

1. David P. Leibowitz, Trustee: The Trustee will testify, inter alia, regarding his engagement of forensic accountants in order to determine the extent of post-petition diversion to Adler personally of checks and remittances payable to the Debtor for the benefit of its clients; the efforts to obtain the banking documents necessary to that forensic analysis, including, without limitation, the motions for Rule 2004 examinations of the financial institutions involved, the preparation and filing of pleadings responding to Adler's objections to said motions, the preparation and service of subpoenas for the production of the banking documents, and the payment of production fees assessed by the banks in connection therewith; and the fees and expenses incurred by the Trustee's counsel as a result of the actions taken by Arthur Adler in violation of the automatic stay and which gave rise to the Court's contempt finding.

2. Alan D. Lasko:  Mr. Lasko will testify regarding the contents of his expert report, including the calculation of the extent of post-petition diversion to Adler personally of checks and remittances payable to the Debtor for the benefit of its clients.  He will also testify regarding the fees and expenses incurred in connection with the forensic analysis and preparation of his expert report.

Date:  October 29, 2018                           **DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By:   /s/ David P. Leibowitz
David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
312.360.1501