IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 7** |
| **Arthur B. Adler and Associates, Ltd.,** | ) | **Case No. 17 B 11697** |
| | ) | |
| Debtor. | ) | **Hon. Jack B. Schmetterer** |
| | ) | **Bankruptcy Judge** |
| | ) | |

## NOTICE OF FILING

To:     Attached Service List

PLEASE TAKE NOTICE that on January 16, 2019, David P. Leibowitz, Trustee (the "Trustee") for the estate of Arthur B. Adler and Associates, Ltd., caused the attached *Summary of Damages Incurred by Estate as Result of Arthur B. Adler's Violations of Stay and Contempt* to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois 60604.

Date: January 16, 2019            **DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By:   /s/ David P. Leibowitz
David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC,
   f/d/b/a Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
312.360.1501

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 16, 2019, she caused the foregoing Notice of Filing and the Trustee's *Summary of Damages Incurred by Estate as Result of Arthur B. Adler's Violations of Stay and Contempt* referred to therein to be served upon the persons identified below by the methods indicated.

/s/ *Rachel A. Leibowitz*
Paralegal

***Via electronic notice through CM/ECF:***

Heather L Blaise
hblaise@blaisenitschkelaw.com; heather.blaise@gmail.com

Paulina Garga-Chmiel
pgarga@chuhak.com; dgeorge@chuhak.com

Brittany E Kirk
brittany.kirk@dinsmore.com, alison.kidney@dinsmore.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Jeffrey Strange
jstrangelaw@aol.com, bowl1901@aol.com

Miriam R. Stein
mstein@chuhak.com, dgeorge@chuhak.com, vjefferson@chuhak.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| **Arthur B. Adler and Associates, Ltd.,** ) | **Case No. 17 B 11697** |
| ) | |
| Debtor. ) | Hon. Jack B. Schmetterer |
| ) | Bankruptcy Judge |
| ) | |

## SUMMARY OF DAMAGES INCURRED BY ESTATE AS RESULT OF ARTHUR B. ADLER'S VIOLATIONS OF STAY AND CONTEMPT

| | |
|---|---|
| Fees incurred through September 21, 2018 by the Trustee's attorney | $ 55,787.50 |
| Expenses incurred through September 21, 2018 by the Trustee's attorney | $ 856.48 |
| Additional fees incurred from September 22, 2018 through October 25, 2018 by the Trustee's attorney | $ 4,695.00 |
| Additional expenses incurred from September 22, 2018 through October 25, 2018 by the Trustee's attorney | $ 28.80 |
| Additional fees incurred from October 26, 2018 through January 14, 2019 by the Trustee's attorney | $ 5,865.00 |
| Additional expenses incurred from October 26, 2018 through January 14, 2019 by the Trustee's attorney | $ 66.31 |
| Fees incurred through September 21, 2018 by the Trustee's accountant | $ 38,257.70 |
| Expenses incurred through September 21, 2018 by the Trustee's accountant | $ 33.12 |
| Additional fees incurred from September 22, 2018 through October 25, 2018 by the Trustee's accountant | $ 6,016.50 |
| Additional expenses incurred from September 22, 2018 through October 25, 2018 by the Trustee's accountant | $ 80.00 |
| Additional fees incurred from October 26, 2018 through January 14, 2019 by the Trustee's accountant | $ 18,570.90 |
| Additional expenses incurred from October 26, 2018 through January 14, 2019 by the Trustee's accountant | $ 129.04 |

\#

| | |
|---|---|
| Document production fees paid by the estate to JPMorgan Chase Bank, N.A. (invoice no. SB907063-11 for $277.13 and invoice no. SB899120-11 for $344.77) | $ 621.90 |
| Document production fees paid by the estate to SunTrust Bank (invoice no. SS-89014 for $50 and invoice no. SS-89667 for $242) | $ 292.00 |
| Document production fee paid by the estate to Bank of America | $ 34.60 |
| Witness fee paid by the estate to Michael Fiorentino | $ 41.00 |
| Witness fee paid by the estate to Laura Durham | $ 42.00 |
| Witness fee paid by the estate to Mario Kasalo | $ 41.00 |
| Witness fee paid by the estate to Heather Blaise | $ 41.00 |
| Estate funds taken by Arthur Adler postpetition in violation of stay and not repaid to the estate | $ 16,485.24 |
| **GRAND TOTAL:** | $147,985.09 |

Date: January 16, 2019            **DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By:   /s/ David P. Leibowitz
David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC
   f/d/b/a Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
312.360.1501

\#