United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re: | Case No. 17 BK 11697 |
| Arthur B. Adler and Associates, Ltd, | Chapter 7 |
| Debtor. | Judge: Hon. Jack B. Schmetterer |

## JUDGMENT ORDER

Pursuant to the Opinion on Damages Owed to Chapter 7 Trustee made and entered concurrently herewith, it is hereby ordered, adjudged and decreed that:

1. Pursuant to the prior judgment finding Arthur Adler in contempt [Docket Nos. 158 & 160], and following trial on damages sought by David Leibowitz, as Chapter 7 Trustee in the above entitled bankruptcy case, and not individually "Leibowitz," now Leibowitz does have and recover judgment against Arthur B. Adler in the amount of $147,985.09 found and adjudged to be the amount of damages that Adler should be compelled to pay for his contempt.

2. Execution on said judgment shall enter forthwith.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 14th day of March, 2019