## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Arthur B. Adler and Associates, Ltd. | ) | Bankruptcy No. 17 B 11697 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

### DECLARATION OF GILBERT M. SINGER IN ACCORDANCE WITH SECTION 327 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014

Gilbert M. Singer, in accordance with Bankruptcy Rule 2014 and under penalty of perjury pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an attorney licensed to practice law in the State of Florida. I am a partner in the firm of Marcadis Singer P.A. and maintain my principal office in Tampa, Florida.

2. I submit this Declaration pursuant to and in accordance with Federal Rules of Bankruptcy Procedure 2014 and 2016 and 11 U.S.C. §§ 327(a) and 328, in support of the attached Application to Employ and Retain Gilbert M. Singer and Marcadis Singer P.A. as Special Collections Counsel to the Chapter 7 Trustee, the contents of which I believe to be true and accurate.

3. Except as otherwise indicated and except for facts stated herein that are matters of public record, I have personal knowledge of the facts set forth in this Declaration.

4. I neither hold nor represent any interest adverse to the Debtor or the estate and am otherwise a "disinterested person" within the scope and meaning of § 101(14) of the Bankruptcy Code.

5. I have not represented and will not represent any other entity in connection with this case, and I will not accept any fee from any other party or parties in this case, except as provided by statute and otherwise authorized by this Court.

6. To the best of my knowledge, I have had no business, professional or other connection with the Debtor or with the attorney for the Debtor.

7. To the best of my knowledge, I have no connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

8. I propose to charge 20% of the amounts ultimately recovered, and I propose that I receive a retainer of $5,000 that shall be non-refundable but shall be applied against any fee that I earn based on the 20% contingency fee on net recoveries. I further propose that the estate advance costs of $600 necessary to domesticate the Judgment in Florida, together with such other costs as might reasonably be required to collect the Judgment.

9. By reason of the foregoing, I believe that I and my firm are eligible for retention and employment by the chapter 7 trustee as special collections counsel pursuant to § 327(a) of the Bankruptcy Code.

28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2019

Gilbert M. Singer

Gilbert M. Singer
Marcadis Singer P.A.
5104 South Westshore Blvd
Tampa FL 33611
(813) 288-1881