**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS — EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-11697 |
| | ) | |
| ARTHUR B. ADLER AND | ) | Chapter 7 |
| ASSOCIATES, LTD. | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |

## NOTICE OF MOTION

To:  All creditors, the Debtor, and other parties in interest

PLEASE TAKE NOTICE that David P. Leibowitz, the chapter 7 Trustee for the estate of Arthur B. Adler and Associates, Ltd. (the "Debtor") has filed a Motion to Approve a Compromise of certain disputes related to claims against Arthur Adler and Jacquelyn Adler (collectively, the "Adlers"). The Motion is on file with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division and is available at http://www.ilnb.uscourts.gov/ and upon request to the undersigned. The Motion provides for the Adlers to pay the Trustee the total sum of **$95,000** in satisfaction of all claims against the Adlers.

This Motion will be heard by the Honorable Jack B. Schmetterer on **November 21, 2019 at 10:00 a.m.** in room 682 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604. Any entity opposing the relief sought in the Motion should attend the hearing or file a written objection with the Clerk of the Court listed herein and serve it upon the Trustee's counsel by facsimile, U.S. mail, or the Court's CM/ECF filing system at the address listed.

Dated: October 28, 2019                                     /s/ Paul M. Bauch

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC d/b/a LAKELAW
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel.: (312) 588-5000
Fax: (312) 427-5709
pbauch@lakelaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that we caused this document to be served upon the persons identified on the attached service list at the address shown and by the method indicated on the list on October 28, 2019.

/s/ Paul M. Bauch

## SERVICE LIST

Via CM/ECF to

**Heather L Blaise**
Blaise & Nitschke, P.C.
123 N. Wacker
Suite 250
Chicago, IL 60606
312-448-6602
312-803-1940 (fax)
hblaise@blaisenitschkelaw.com
 *Assigned: 06/05/2017*

representing

**Amy Gregory**
*(Creditor)*

**Nicole H. Daniel**
Dinsmore Shohl LLP
227 W. Monroe - Suite 3850
Chicago, IL 60606
(312) 428-2726
nicole.daniel@dinsmore.com
 *Assigned: 07/09/2018*

representing

**Unifund CCR, LLC**
c/o Dinsmore & Shohl LLP
227 W. Monroe St., Suite 3850
Chicago, IL 60606
312-428-2724
312-372-6085 (fax)
brittany.kirk@dinsmore.com
*(Creditor)*

**Paulina Garga-Chmiel**
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 849-4132
pgarga@chuhak.com
 *Assigned: 08/10/2017*

representing

**Banco Popular North America**
Chuhak & Tecson, P.C. c/o
Paulina Garga
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606
3124449300
3124449027 (fax)
pgarga@chuhak.com
*(Creditor)*

2

**Robert M. Kamm**
Kamm & Shapiro, Professional Corporation
17 North State Street
Suite 990
Chicago, IL 60602
312 726-9777 Ext. 109
312 726-9550 (fax)
rkamm@kslawfirm.com
  *Assigned: 03/09/2018*

representing

**Casa Investments Company**
*(Creditor)*

**Brittany E Kirk**
Dinsmore & Shohl LLP
227 W. Monroe Street
Suite 3850
Chicago, IL 60606
3124282724
3123726085 (fax)
brittany.kirk@dinsmore.com
  *Assigned: 08/10/2017*

representing

**Unifund CCR, LLC**
c/o Dinsmore & Shohl LLP
227 W. Monroe St., Suite 3850
Chicago, IL 60606
312-428-2724
312-372-6085 (fax)
brittany.kirk@dinsmore.com
*(Creditor)*

**Miriam R. Stein**
Chuhak & Tecson, P.C.
30 South Wacker Drive
Suite 2600
Chicago, IL 60606
312-444-9300
312-444-9027 (fax)
mstein@chuhak.com
  *Assigned: 08/18/2017*

representing

**Banco Popular North America**
Chuhak & Tecson, P.C. c/o Paulina Garga
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606
3124449300
3124449027 (fax)
pgarga@chuhak.com
*(Creditor)*

**Jeffrey Strange**
Jeffrey Strange & Associates
717 Ridge Road
Wilmette, IL 60091
847-256-7377
jstrangelaw@aol.com
  *Assigned: 04/13/2017*

representing

**Arthur B. Adler and Associates, Ltd**
PO Box 30308
Chicago, IL 60630
*(Debtor 1)*

VIA U.S. MAIL TO

| | | |
|---|---|---|
| | | Banco Popular North America<br>Chuhak & Tecson, P.C. c/o Paulina Garga<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606-7512 |
| Unifund CCR, LLC<br>c/o Dinsmore & Shohl LLP<br>227 W. Monroe St., Suite 3850<br>Chicago, IL 60606-5085 | | Amy Gregory<br>Kasalo Law<br>20 N Clark Suite 3100<br>Chicago, IL 60602-5099 |
| Amy Gregory, for the benefit of Blaise &<br>123 N. Wacker Drive, Suite 250<br>Chicago, IL 60606-1912 | Apex Networking Solutions, Inc.<br>1632 S Cumberland Ave.<br>Park Ridge, IL 60068-5269 | Arthur B. Adler<br>PO Box 30308<br>Chicago, IL 60630-0286 |
| Banco Popular North America<br>Chuhak & Tecson, P.C.<br>c/o Paulina Garga-Chmiel<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606-7512 | Blaise & Nitschke<br>123 N Wacker Dr<br>Chicago, IL 60606-1912 | Blaise & Nitschke, P.C.<br>123 N. Wacker Drive, Suite 250<br>Chicago, IL 60606-1912 |
| Casa Investments<br>c/o Law Offices of Robert M. Kamm<br>1502 Sheridan Rd.<br>Highland Park IL 60093 | Chase Bank<br>PO Box 9001022<br>Louisville, KY 40290-1022 | Clerk of the Eighteenth Judicial<br>Circuit Court, Zachary H. Lawrence,<br>Asst. State's Atty.<br>3590 Hobson Rd, Suite 303<br>Woodridge, IL 60517-1472 |
| Darwin Select Ins. Co. /Allied Wrld  1690<br>New Britain Ave<br>#101<br>Farmington, CT 06032-3361 | Department of Treasury-Internal Revenue Serv<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | FGMK<br>2801 Lakeside Drive, 3rd Floor<br>Deerfield IL 60015-1275 |
| First Insurance Funding Corp<br>450 Skokie Blvd<br>Northbrook IL 60062-7917 | Illinois Department of Employment Security<br>33 S. State St., 10th Flr Coll. Bkry<br>Chicago, Illinois 60603-2808<br>Attn. Amelia T. Yabes | JPMorgan Chase Bank<br>10 S Dearborn Street<br>Chicago, IL 60603-2318 |
| Lacy Katzen LLP<br>PO Box 22878<br>Rochester, NY 14692-2878 | Mr. Angelo Poyuoukas<br>Apex Networking Solutions<br>1632 S Cumberland Ave<br>IL 60068-5269 | Unifund CCR, LLC<br>10625 TECHWOODS CIRCLE<br>CINCINNATI, OH 45242-2846 |
| Unifund CCR, LLC and Unifund CCR Partners<br>Brittany E. Kirk<br>227 W. Monroe St., Suite 3850<br>Chicago, IL 60606-5085 | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS — EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 17-11697 |
| ) | |
| ARTHUR B. ADLER AND ) | Chapter 7 |
| ASSOCIATES, LTD. ) | |
| ) | Hon. Jack B. Schmetterer |
| Debtor. ) | |

### MOTION TO APPROVE COMPROMISE
### WITH ARTHUR ADLER & JACQUELYN ADLER

David P. Leibowitz, chapter 7 trustee (the "Trustee") for the estate of Arthur B. Adler and Associates, Ltd. ("Arthur B. Adler" or the "Debtor"), pursuant to Fed. R. Bankr. P. 9019(a) and (b) and 2002, moves for an order approving a compromise with Arthur Adler and Jacquelyn Adler (collectively, the "Adlers") and authorizing the Trustee to take any and all actions necessary or appropriate to effectuate the compromise.

#### BACKGROUND

1. The Trustee is the duly appointed and acting trustee in this case under Chapter 7 of the United States Bankruptcy Code for the Debtor's estate.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

3. On April 13, 2017 (the "Petition Date"), the Debtor filed its voluntary petition for relief under the Bankruptcy Code.

4. On March 14, 2019, this Court entered its judgment in favor of the Trustee and against Arthur Adler in the amount of $147,985.09 (the "Judgment").

The Trustee has pursued post judgment collection against Arthur Adler, including issuing citations to discover assets and retaining Florida counsel to pursue enforcement of the judgment in Florida, the state where the Adlers currently reside.

5.    The Trustee filed an adversary proceeding against the Adlers on April 5, 2019 as Case Number 19-19-00600 (the "Adversary Proceeding"), seeking to recover and avoid $466,614.49 as fraudulent transfers pursuant to Section 548 of the Bankruptcy Code and 740 ILCS 160/5 and 160/6 and $109,176.43 as postpetition transfers pursuant to Section 549(a) of the Bankruptcy Code (the "Claim"). The Adlers have informed the Trustee that they intend to defend the Trustee's prima facia claims and have defenses to the Claim.  The Trustee has also investigated the collectability of the Judgment and any judgment that might be entered on the Claim.  The Claim being compromised is an asset of the Debtor, and the payment will be made to the Debtor's estate.

### THE COMPROMISE AND SETTLEMENT

6.    After extensive negotiations, the Trustee and the Adlers have, subject to the approval of this Court, agreed to settle the Claim, pursuant to a settlement agreement (the "Settlement Agreement"). A copy of the proposed Settlement Agreement is attached hereto as **Exhibit A**. The Settlement Agreement contains the following terms and conditions:

> 2. **Payment by the Adlers and Dismissal of Adversary Proceeding and District Court Case**: The Adlers shall pay the Trustee **$95,000.00** (the "Settlement Amount") within 14 days of the Court's entry of an order approving the

2

> Trustee's Motion to Approve Compromise. The Trustee shall cause the Adversary Proceeding to be dismissed, with prejudice, and the Judgment to be released, within 14 days of receipt of the Settlement Amount. The Adlers shall cause the District Court Case to be dismissed, with prejudice, within 14 days of payment of the Settlement Amount.

**STANDARD FOR APPROVAL**

7. Approval of a proposed compromise of a dispute is within the discretion of the Bankruptcy Court. *See In re Del Grosso*, 106 B.R. 165, 167 (Bankr. N.D. Ill. 1989). A court should approve a proposed settlement or compromise if it is in the best interests of the estate. *See In re Miller*, 148 B.R. 510, 516 (Bankr. N.D. Ill. 1992). The Seventh Circuit has adopted a two-step method for determining whether a proposed settlement or compromise is in the best interests of the estate. *See In re Telesphere Communications, Inc.*, 179 B.R. 544, 553 (Bankr. N.D. Ill. 1994) (Wedoff, J.) (citing *In re Energy Co-op, Inc.*, 886 F.2d 921 (7th Cir. 1989), and *In re American Reserve Corp.*, 841 F.2d 159 (7th Cir. 1987)). A court must first compare the terms of the settlement with the probable costs and benefits of litigation, and then determine whether the settlement falls within the reasonable range of litigation possibilities. The latter determination is to be weighted in favor of settlement, since a challenged settlement fails the test only if it falls below the lowest point in the range of reasonableness. *See Telesphere*, 179 B.R. at 553.

**THE PROPOSED COMPROMISE IS REASONABLE**

8. The Compromise described above strikes an appropriate balance between all of the factors to be considered. The Compromise is the product of a thorough analysis of relevant documents, asserted defenses, costs, and the likelihood of collection. In light of these factors, the Compromise is fair, reasonable, well within the reasonable range of litigation possibilities and in the best interests of the creditors of the Debtor's estate. Accordingly, the Motion should be granted and the Compromise approved.

*WHEREFORE*, the Trustee respectfully requests that this Court grant this Motion and enter an Order substantially in the form attached hereto:

A. Approving the compromise described herein;

B. Authorizing and directing the Trustee to execute any and all documents necessary to effectuate agreed settlement;

C. Holding that the order is final within the meaning of 28 U.S.C. § 158; and

D. Providing such other and further relief as the Court deems necessary and just.

Dated: October 28, 2019                          DAVID P. LEIBOWITZ, TRUSTEE

By: /s/ Paul M. Bauch
    One of His Attorneys

Paul M. Bauch (ARDC # 6196619)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC d/b/a LAKELAW
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
Tel. (312) 588-5000
pbauch@lakelaw.com

5