# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable:** Judge Jack B. Schmetterer

**Hearing Date:** November 21, 2019

**Bankruptcy Case No.:** 17 B 11697

**Adversary No.:**

**Title of Case:** In re: Arther B. Adler and Associates, Ltd.

LEIBOWITZ, TRUSTEE V. ADLER ET AL

**Brief Statement of Motion:** CITATION TO DISCOVER ASSETS (Dkt #229)

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER OF COURT

Hearing concluded, all matters having been settled.

ENTER:

JACK B. SCHMETTERER, USBJ