UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>ARTHUR B. ADLER & ASSOCIATES, LTD.<br><br>Debtor(s) | BK No.: 17-11697<br><br>Chapter: 7<br>Honorable Jack Schmetterer |

**ORDER APPROVING FIRST & FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION & REIMBURSEMENT OF EXPENSES TO BAUCH & MICHAELS, LLC d/b/a LAKELAW, SPECIAL COUNSEL FOR THE TRUSTEE**

Upon consideration of the application (the "Application") of the law firm of Bauch & Michaels, LLC d/b/a Lakelaw ("Lakelaw") requesting the entry of an order pursuant to 11 U.S.C. §§ 330, 331 and 507(a) for the allowance and payment of $44,067.50 in final compensation for 130.0 hours of professional services rendered, and the reimbursement of $245.66 in costs incurred incidental to those services, to David P. Leibowitz ("Trustee") between February 1, 2019 through February 18, 2020 (the "Application Period"); due and proper notice of the Application having been provided; it appearing that there is good cause to grant the relief requested; and there being no objection to the relief requested, IT IS HEREBY ORDERED:

1. Lakelaw is allowed $44,067.50 in compensation for the Application Period, which shall be deemed to be a final award.
2. Lakelaw is allowed $245.66 in expense reimbursement for the Application Period.
3. The Trustee is authorized and directed to pay Lakelaw the allowed final compensation and expense reimbursement.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: March 17, 2020

**Prepared by:**

Paul M. Bauch (ARDC # 6196619)
Kenneth A. Michaels Jr. (ARDC #6185885)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC D/B/A LAKELAW
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
(312) 588-5000 Tel.
csales@lakelaw.com