UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-11697 |
| Arthur B. Adler and Associates, Ltd | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING**
**CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SETTLEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND TO LIMIT NOTICE**

This Cause comes to be heard on CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SETTLEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND TO LIMIT NOTICE, it appearing to the Court that the proposed settlement is reasonable and within the Trustee's business judgment for the reasons set forth in the motion; it further appearing that there is good cause to limit notice to those who have requested it through CM/ECF or who have filed claims;

Now therefore, Trustee's motion is granted and Unifund CCR, LLC's amended Claim 4 shall be allowed as an unsecured claim in the amount of $100,000.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: June 23, 2020

**Prepared by:**

David P. Leibowitz (IL 1612271)
Law Offices of David P. Leibowitz LLC
53 W Jackson Blvd. Suite 1115
Chicago, IL 60604
312 662 5750
dleibowitz@lodpl.com