**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ARTHUR B. ADLER AND ASSOCIATES, LTD | § § § | Case No. 17-11697 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above-styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection on the Court's website at www.ilnb.uscourts.gov or by contacting David Leibowitz at the address, telephone number, or email address below.

The fee applications and final report are scheduled for presentment at **10:30 a.m. on 07/06/2021**, before Honorable Jack B. Schmetterer and **will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 123 7008 and the password is 277139. The meeting ID and password can also be found on the judge's page on the court's web site.

**A PARTY WHO OBJECTS TO THE FINAL REPORT OR APPLICATIONS FOR COMPENSATION** AND WANTS THEM CALLED FOR HEARING MUST FILE A NOTICE OF OBJECTION NO LATER THAN TWO (2) BUSINESS DAYS BEFORE THE PRESENTMENT DATE OF 07/06/2021. IF A NOTICE OF OBJECTION IS TIMELY FILED, THE APPLICATIONS WILL BE CALLED ON THE PRESENTMENT DATE. IF NO NOTICE OF OBJECTION IS TIMELY FILED, THE COURT MAY GRANT THE APPLICATIONS IN ADVANCE WITHOUT A HEARING.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | | |
|---|---|---|
| Date Mailed: | 06/12/2021 | By: /s/ David P. Leibowitz |
| | | Trustee |

David P. Leibowitz
3438 N Elaine Place, Suite 4
Chicago, IL 60657-0801
(312) 662-5750
dleibowitz@lodpl.com

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 17-11697 |
|---|---|---|
|  | § |  |
| ARTHUR B. ADLER AND ASSOCIATES, LTD | § § § § |  |
| Debtor(s) | § |  |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $1,068,198.81
*and approved disbursements of* $954,321.69
*leaving a balance on hand of[1]:* $113,877.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 5 | Lacy Katzen LLP | $8,404.56 | $8,404.56 | $8,404.56 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $113,877.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $48,163.47 | $0.00 | $48,163.47 |
| David P. Leibowitz, Trustee Expenses | $915.54 | $0.00 | $915.54 |
| Law Offices of David P. Leibowitz, LLC, Attorney for Trustee Fees | $83,060.00 | $50,000.00 | $33,060.00 |
| Law Offices of David P. Leibowitz, LLC, Attorney for Trustee Expenses | $1,618.27 | $1,404.27 | $214.00 |
| ALAN LASKO, Accountant for Trustee Fees | $117,844.10 | $117,844.10 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| ALAN LASKO, Accountant for Trustee Expenses | $405.46 | $405.46 | $0.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $1,750.00 | $0.00 | $1,750.00 |
| Bauch & Michaels, Ltd, Special Counsel for Trustee Fees | $44,067.50 | $44,067.50 | $0.00 |
| Bauch & Michaels, Ltd, Special Counsel for Trustee Expenses | $245.66 | $245.66 | $0.00 |
| Marcadis Singer, PA, Special Counsel for Trustee Fees | $10,000.00 | $10,000.00 | $0.00 |
| Marcadis Singer, PA, Special Counsel for Trustee Expenses | $600.00 | $600.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:     $84,103.01
Remaining balance:     $29,774.11

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $29,774.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $784.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Department of the Treasury-Internal Revenue Service | $784.17 | $0.00 | $784.17 |

Total to be paid to priority claims:     $784.17
Remaining balance:     $28,989.94

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $380,948.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.6 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Apex Networking Solutions, Inc. | $41,663.00 | $0.00 | $3,170.52 |
| 2 | Amy Gregory, for the benefit of Blaise & Nitschke | $0.00 | $0.00 | $0.00 |
| 2A | Amy Gregory, for the benefit of Blaise & Nitschke, P.C. | $84,535.57 | $0.00 | $6,433.10 |
| 3 | Unifund CCR, LLC and Unifund CCR Partners | $0.00 | $0.00 | $0.00 |
| 3A | Unifund CCR, LLC and Unifund CCR Partner | $100,000.00 | $0.00 | $7,609.94 |
| 4 | Popular Bank f/k/a Banco Popular North America | $0.00 | $0.00 | $0.00 |
| 4A | Popular Bank f/k/a Banco Popular North America | $100,000.00 | $0.00 | $7,609.93 |
| 9 | American Express National Bank | $7,500.00 | $0.00 | $570.75 |
| 10 | JPMorgan Chase Bank, N.A. | $18,500.00 | $0.00 | $1,407.84 |
| 11 | Discover Bank | $28,750.00 | $0.00 | $2,187.86 |

Total to be paid to timely general unsecured claims:     $28,989.94
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $1,497.19 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 5B | Lacy Katzen LLP | $923.00 | $0.00 | $0.00 |
| 6a | Department of the Treasury-Internal Revenue Service | $300.00 | $0.00 | $0.00 |
| 7 | Clerk of the Eighteenth Judicial Circuit Court | $74.19 | $0.00 | $0.00 |
| 8 | Illinois Department of Employment Security | $200.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
3438 N Elaine Place
Suite 4
Chicago, IL 60657-0801

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**